**Order entered July 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01457-CV

**CHARLES CHANG, M.D., Appellant**

**V.**

**ASHLEY DENNY, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-02470-2013**

## ORDER

Before the Court is appellant's unopposed motion for extension of time to file reply brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than September 5, 2018.

/s/ DAVID EVANS
JUSTICE